STATE of Missouri, Respondent,

v.

**Keith PARKER, Appellant.**

**No. ED 77813.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 23, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 28, 2002.

Application to Transfer Denied
Aug. 27, 2002.

Jennifer Walsh, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., PAUL J. SIMON, J., CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Appellant, Keith Parker ("appellant"), appeals the judgment of the Circuit Court of the City of St. Louis following a jury trial finding him guilty one count of robbery in the first degree, section 569.020, RSMo 2000,[1] one count of burglary in the first degree, section 569.160, and two counts of armed criminal action, section 571.015. Appellant was sentenced to concurrent terms of tens years for the robbery, ten years for burglary and three years on each of the armed criminal action

counts to be served in the Missouri Department of Corrections. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).

---

1. All statutory references are to RSMo 2000, unless otherwise indicated.